UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CATARINO GAMBOA-GARCIA,<br><br>Plaintiff(s),<br><br>v.<br><br>SEBRING CAPITAL PARTNERS LIMITED PARTNERSHIP, et al.,<br><br>Defendant(s). | Case No. 2:19-CV-1430 JCM (EJY)<br><br>ORDER |

Presently before the court is the matter of *Gamboa-Garcia v. Sebring Capital Partners, Ltd. P'ship et al.*, case number 2:19-cv-01430-JCM-EJY.

On October 23, 2019, the clerk of court filed a notice of intent to dismiss pursuant to Federal Rule of Civil Procedure 4(m), indicating that no proof of service had been filed as to defendant Sebring Capital Partners, Limited Partnership ("Sebring"). (ECF No. 12). Since that date, plaintiff Catarina Gamboa-Garcia has not responded to the notice or filed proof of service as to Sebring.

Accordingly,

IT IS HEREBY ORDERED that Gamboa-Garcia's claims against Sebring in the matter of *Gamboa-Garcia v. Sebring Capital Partners, Ltd. P'ship et al.*, case number 2:19-cv-01430-JCM-EJY, be, and the same hereby are, DISMISSED without prejudice.

The clerk shall enter judgment accordingly and close the case.

DATED March 3, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**